UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RW 175 REALTY LLC,

                Plaintiff(s),                              **ORDER**

     - against -                                   22 Civ. 0573 (NSR)

WESTCHESTER SURPLUS LINES INSURANCE
COMPANY,

                Defendant(s).
-------------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

       The Court having been advised that all claims asserted herein have been settled, it is

       ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

       The telephonic Status Conference scheduled for November 9, 2022 before Judge Román is cancelled.

Dated:    White Plains, New York                       SO ORDERED.
            October 25, 2022

                                                           Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2022